# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREE JUAN HOWARD JR., | 1:09-cv-01386-DLB (HC) |
| Petitioner, | |
| v. | ORDER REGARDING PETITIONER'S MOTION FOR COPIES OF DOCUMENTS |
| | [Doc. 12] |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Petitioner filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on August 7, 2009. On August 12, 2009, the Court dismissed the petition with leave to amend. On August 17, 2009, Petitioner filed an amended petition on his own initiative and not in response to the Court's August 12, 2009 order.

On August 24, 2009, Petitioner filed a notice of change of address. Consequently, on September 24, 2009, the Court re-served the August 12, 2009, dismissal order on Petitioner at his new address of record. Petitioner failed to respond to the Court's order. On November 9, 2009, the Court dismissed the action for failure to comply with a court order and judgment was entered.

On November 30, 2009, Petitioner filed a motion for copies of documents and notice of change of address. Petitioner claims that he never received the Court's order advising him that the case would be dismissed if he did not comply with the order.

The court construes Petitioner's motion to be a request made pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

1     Federal Rule of Civil Procedure 60(b) governs the reconsideration of final orders of the
2 district court.  The rule permits a district court to relieve a party from a final order or judgment
3 on the grounds of: "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly
4 discovered evidence which by due diligence could not have been discovered in time to move for
5 a new trial under Rule 59(b) ; (3) fraud . . . of an adverse party; (4) the judgement is void; (5) the
6 judgment has been satisfied . . . ; or (6) any other reason justifying relief from the operation of
7 the judgment." Fed.R.Civ.P. 60(b).  The motion for reconsideration must be made within a
8 reasonable time, in any event, "not more than one year after the judgment, order, or proceeding
9 was entered or taken." Id.

10     However, the record is clear that the Court served its August 12, 2009, order on Petitioner
11 at both his prior and current address of record based on the information supplied by Petitioner.
12 Any claim to the contrary must be rejected.  Service at the parties current address of record is
13 sufficient.  Pursuant to Local Rule 182(f) each party is under a continuing duty to inform the
14 Court of any change of address.  Absent such notice, service of documents at the prior address of
15 record of the party is effective service.  Local Rule 182(f).

16     Based on the foregoing, it is HEREBY ORDERED that Petitioner's motion for
17 reconsideration is DENIED.

18     IT IS SO ORDERED.

19     Dated: __August 16, 2010__     _____/s/ Dennis L. Beck_____
                                                                                  UNITED STATES MAGISTRATE JUDGE